J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 E. Wilson Ave., Suite 200
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation
and Warner Bros. Home Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc.<br><br>Plaintiffs,<br>v.<br><br>Keith Graber, Allan Knepp a/k/a William A. Knepp and Does 1 – 10, inclusive,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR A JURY TRIAL |

Plaintiffs Twentieth Century Fox Film Corporation (“Fox”) and Warner Bros. Home Entertainment Inc. (“Warner Bros.”) (collectively “Plaintiffs”), for their Complaint allege as follows:

**A. <u>Jurisdiction and Venue</u>**

1. Plaintiffs bring this action pursuant to 17 U.S.C. §§ 101, *et seq*. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

/ / /

/ / /

2. The events giving rise to the claim alleged herein occurred, among other places, within this judicial district. Venue in the Central District of California is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

**B. <u>Introduction</u>**

3. Plaintiffs own exclusive United States distribution rights in various creative works, including, but not limited to, motion pictures and television shows, that are entitled to copyright protection (the "Plaintiffs' Works"). Defendants, through various online venues, distribute, promote, offer for sale and sell unauthorized copies of the Plaintiffs' Works (the "Unauthorized Media Product"). Plaintiffs are informed and believe, and based thereon allege, that this infringement activity is systematic and willful or done with reckless disregard of Plaintiffs' intellectual property rights. Plaintiffs ask that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq*. (the "Copyright Act").

**C. <u>Plaintiff Fox</u>**

4. Fox is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Los Angeles, California.

5. Fox and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs (the "Fox Works").

6. Fox owns exclusive rights under the Copyright Act to the Fox Works, including the rights to reproduce, distribute or license the reproduction and distribution of the Fox Works in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations listed in Exhibit "A," attached hereto, and incorporated herein by this reference. Video format includes, but is not limited to, digital versatile discs ("DVDs") and Blu-ray discs.

7. The expression and other distinctive features of the Fox Works are wholly original with Fox, its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

8. Fox, or any predecessor in interest, has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the Fox Works, and Fox holds certificates of registration and/or secured exclusive licenses or assignments to reproduce, distribute and license the Fox Works throughout the United States.

9. The Fox Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Fox, and those acting under its authority, have complied with their obligations under the copyright laws and Fox, in its own right or as successor-in-interest, has at all times been, and still is, the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights in each of the Fox Works.

**D. <u>Plaintiff Warner Bros.</u>**

10. Warner Bros. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

11. Warner Bros. and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and/or distribution of motion pictures and television programs (the "Warner Bros. Works").

12. Warner Bros. owns exclusive rights under the Copyright Act to the Warner Bros. Works, including the rights to reproduce, distribute or license the reproduction and distribution of the Warner Bros. Works in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations listed in Exhibit "B," attached hereto, and incorporated

herein by this reference. Video format includes, but is not limited to, digital versatile discs ("DVDs") and Blu-ray discs.

13. The expression and other distinctive features of the Warner Bros. Works are wholly original with Warner Bros., its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

14. Warner Bros. has secured from Warner Bros. Entertainment Inc. and Home Box Office, Inc. the exclusive rights and privileges to reproduce, distribute, or license the reproduction or distribution of the Warner Bros. Works throughout the United States. Warner Bros., its affiliates, licensees and/or assignors have complied in all respects with the laws governing copyright.

15. The Warner Bros. Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Warner Bros., its affiliates, licensees and/or assignors have complied with their obligations under the copyright laws, and Warner Bros., in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights in each of the Warner Bros. Works.

16. The Fox Works and Warner Bros. Works are collectively referred to herein as Plaintiffs' Works.

**E. <u>Defendants</u>**

17. Defendant Keith Graber ("Graber") is an individual. Plaintiffs are informed and believe that Graber is a resident of Washington, Indiana. Plaintiffs are further informed and believe, and upon that basis allege, that Graber does business under the eBay "User ID" "dealdazzlers". Graber, through his online identity, does business in this judicial district through offers and sales of the Unauthorized Media Product using the eBay online auction platform with its principal place of business in Santa Clara County, California.

18. Defendant Allan Knepp a/k/a William Knepp ("Knepp") is an individual. Plaintiffs are informed and believe that Knepp is a resident of Washington, Indiana. Plaintiffs are further informed and believe, and upon that basis allege, that Knepp does business under the eBay "User ID" "dealdazzlers". Knepp, through his online identity, does business in this judicial district through offers and sales of the Unauthorized Media Product using the eBay online auction platform with its principal place of business in Santa Clara County, California.

19. Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court. Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of one or other of the named defendants or other entities or individuals who are, in this judicial district, manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Plaintiffs' Works. The identities of the various Does are unknown to Plaintiffs at this time. The Complaint will be amended to include the names of such individuals when identified. The named Defendants and Does 1 – 10 are collectively referred to herein as "Defendants."

**F. <u>Defendants' Infringing Activities</u>**

20. Defendants have copied, reproduced, distributed, advertised and/or sold and continue to copy reproduce, distribute, advertise and/or sell unauthorized copies of motion pictures and/or television programs owned by Plaintiffs or their affiliates, respectively, who Defendants knew or should have known are located in this district, including, but not necessarily limited to, the Plaintiffs' Works identified in Exhibits A - B. The copies sold by Defendants are obviously unauthorized. The packaging fails to conform with packaging characteristic of Plaintiffs' genuine product and the disks do not contain the file structure characteristic of legitimate product.

21. Defendants have not been authorized by Plaintiffs to reproduce,

distribute, sell or offer for sale any of the Plaintiffs' Works.

22. By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiffs' copyrights. Plaintiffs have sustained and will continue to sustain substantial damage to the value of its creative works, specifically including the Plaintiffs' Works.

**G. <u>Plaintiffs' Damages</u>**

23. Plaintiffs are informed and believe, and upon that basis allege, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

24. Plaintiffs are informed and believe, and upon that basis allege, that they have suffered and continue to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of this Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiffs will require an accounting from each Defendant of all monies generated from the promotion, display, sale and offer for sale of the Defendants' goods and services using the Plaintiffs' Works. In the alternative, Plaintiffs may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each Plaintiffs' Works infringed.

25. Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts. Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Plaintiffs. Accordingly, Plaintiffs seek preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Unauthorized Media Product, including the means of production as provided by 17 U.S.C. § 503.

26. By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

27. Plaintiffs are without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Plaintiffs will be irreparably harmed by Defendants' deliberate and systematic infringement of their rights.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs ask this Court to order that:

1. Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing the Plaintiffs' Works in any manner, including generally, but not limited to:

a. Reproducing, distributing, shipping, selling or offering for sale unauthorized copies, in any format, of any of the Plaintiffs' Works; or

b. Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the Plaintiffs' Works; or

c. Marketing, advertising and/or promoting any unauthorized copies of the Plaintiffs' Works.

2. That Plaintiffs' and their designees are authorized to seize the following items which are in Defendants' possession, custody or control:

a. All Unauthorized Media Product;

b. Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiffs' Works, or any part thereof;

    c. Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing the Unauthorized Media Product or unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiffs' Works, or any part thereof.

3. Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiffs' election;

4. Defendants be required to account for and pay over to Plaintiffs all damages sustained by Plaintiffs and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5. Defendants be required to pay Plaintiffs their costs of this action and reasonable attorneys' fees; and

6. Plaintiffs be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated: February 13, 2017

J. Andrew Coombs, A Professional Corp.

By: ______________________________
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc. hereby demand a trial by jury of all issues so triable.

Dated: February 13 2017

J. Andrew Coombs, A Professional Corp.

By: ______________________________
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc.

**EXHIBIT "A"**

**FOX'S COPYRIGHT REGISTRATIONS**

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA0001396450 | SONS OF ANARCHY, PILOT |
| PA0001396578 | SONS OF ANARCHY: 101, SEEDS |
| PA0001396591 | SONS OF ANARCHY: 102, FUN TOWN |
| PA0001396574 | SONS OF ANARCHY: 103, PATCH OVER |
| PA0001396593 | SONS OF ANARCHY: 104, GIVING BACK |
| PA0001396595 | SONS OF ANARCHY: 105, AK-51 |
| PA0001396573 | SONS OF ANARCHY: 106, OLD BONES |
| PA0001396576 | SONS OF ANARCHY: 107, THE PULL |
| PA0001396585 | SONS OF ANARCHY: 109, BETTER HALF |
| PA0001396586 | SONS OF ANARCHY: 110, CAPYBARA |
| PA0001396580 | SONS OF ANARCHY: 111, THE SLEEP OF BABIES |
| PA0001396577 | SONS OF ANARCHY: 112, REVELATOR |
| PA0001783946 | SONS OF ANARCHY, HELL FOLLOWED. |
| PA0001396583 | SONS OF ANARCHY: 201, ALBIFICATION |
| PA0001396581 | SONS OF ANARCHY: 202, SMALL TEARS |
| PA0001396590 | SONS OF ANARCHY: 203, FIX |
| PA0001396588 | SONS OF ANARCHY: 204, EUREKA |
| PA0001396582 | SONS OF ANARCHY: 205, SMITE |
| PA0001396589 | SONS OF ANARCHY: 206, FALX CEREBRI |
| PA0001396592 | SONS OF ANARCHY: 207, GILEAD |
| PA0001396575 | SONS OF ANARCHY: 208, POTLATCH |
| PA0001785551 | SONS OF ANARCHY: 209, FA GUAN |
| PA0001396584 | SONS OF ANARCHY: 210, BALM |
| PA0001396579 | SONS OF ANARCHY: 211, SERVICE |
| PA0001396587 | SONS OF ANARCHY: 212, THE CULLING. |
| PA0001669023 | SONS OF ANARCHY: 213, NA TRIOBLOIDI |
| PA0001754654 | SONS OF ANARCHY: SEASON 3. DVD |
| PA0001708068 | SONS OF ANARCHY: World Premiere |
| PA0001697795 | SONS OF ANARCHY: 301, SO |
| PA0001697802 | SONS OF ANARCHY: 302, OILED |
| PA0001703102 | SONS OF ANARCHY: 303, CAREGIVER |
| PA0001703101 | SONS OF ANARCHY: 304, HOME |
| PA0001704146 | SONS OF ANARCHY: 305, TURNING AND TURNING |
| PA0001704147 | SONS OF ANARCHY: 306, THE PUSH. |

| | |
|---|---|
| PA0001708082 | SONS OF ANARCHY: 307, WIDENING GYRE |
| PA0001708083 | SONS OF ANARCHY: 308, LOCHAN MOR |
| PA0001709269 | SONS OF ANARCHY: 309, TURAS |
| PA0001709268 | SONS OF ANARCHY: 310, FIRINNE |
| PA0001712526 | SONS OF ANARCHY: 311, BAINNE |
| PA0001712531 | SONS OF ANARCHY: 312, JUNE WEDDING |
| PA0001712533 | SONS OF ANARCHY: 313, NS |
| PA0001808792 | SONS OF ANARCHY: SEASON FOUR DVD |
| PA0001751686 | SONS OF ANARCHY: OUT |
| PA0001754676 | SONS OF ANARCHY: BOOSTER |
| PA0001754675 | SONS OF ANARCHY: DORYLUS |
| PA0001754665 | SONS OF ANARCHY: UNA VENTA |
| PA0001765510 | SONS OF ANARCHY: BRICK |
| PA0001765512 | SONS OF ANARCHY: WITH AN X |
| PA0001765494 | SONS OF ANARCHY: FRUIT FOR THE CROWS |
| PA0001765093 | SONS OF ANARCHY: FAMILY RECIPE |
| PA0001769631 | SONS OF ANARCHY: 409, KISS |
| PA0001769635 | SONS OF ANARCHY: 410, HANDS |
| PA0001769629 | SONS OF ANARCHY: 411, CALL OF DUTY |
| PA0001769628 | SONS OF ANARCHY: 412, BURNT AND PURGED AWAY |
| PA0001769638 | SONS OF ANARCHY: 413, TO BE, ACT 1 |
| PA0001769626 | SONS OF ANARCHY: 414, TO BE, ACT 2 |
| PA0001865736 | SONS OF ANARCHY: SEASON FIVE. |
| PA0001808762 | SONS OF ANARCHY: SOVEREIGN |
| PA0001812831 | SONS OF ANARCHY: 502, AUTHORITY VESTED |
| PA0001814936 | SONS OF ANARCHY: LAYING PIPE |
| PA0001815806 | SONS OF ANARCHY: 504, STOLEN HUFFY |
| PA0001815805 | SONS OF ANARCHY Series: 505, ORCA SHRUGGED |
| PA0001823941 | SONS OF ANARCHY: 506, SMALL WORLD |
| PA0001823937 | SONS OF ANARCHY: 507, TOAD'S WILD RIDE |
| PA0001829572 | SONS OF ANARCHY: 508, ABLATION |
| PA0001829546 | SONS OF ANARCHY: 509, ANDARE PESCARE |
| PA0001829535 | SONS OF ANARCHY, CRUCIFIXED |
| PA0001829527 | SONS OF ANARCHY: TO THINE OWN SELF |
| PA0001829534 | SONS OF ANARCHY: 512, DARTHY |
| PA0001829522 | SONS OF ANARCHY, J'AI OBTENU CETTE. |
| PA0001932767 | SONS OF ANARCHY: SEASON 6 (Home Video) |
| PA0001875173 | SONS OF ANARCHY: 601, STRAW |

| | |
|---|---|
| PA0001875174 | SONS OF ANARCHY: 602, ONE ONE SIX |
| PA0001879926 | SONS OF ANARCHY: 603, POENITENTIA |
| PA0001879995 | SONS OF ANARCHY: 604, WOLFSANGEL |
| PA0001880052 | SONS OF ANARCHY: 605, THE MAD KING |
| PA0001880180 | SONS OF ANARCHY: 606, SALVAGE |
| PA0001890979 | SONS OF ANARCHY: 607, SWEET AND VADED |
| PA0001887250 | SONS OF ANARCHY: 608, LOS FANTASMAS |
| PA0001890985 | SONS OF ANARCHY: 609, JOHN 8:32 |
| PA0001890987 | SONS OF ANARCHY: 610, HUANG WU |
| PA0001890982 | SONS OF ANARCHY: 611, AON RUD PEARSANTA |
| PA0001895959 | SONS OF ANARCHY: 612, YOU ARE MY SUNSHINE |
| PA0001895929 | SONS OF ANARCHY: 613, A MOTHER'S WORK |
| PA0001926440 | SONS OF ANARCHY: 701, BLACK WIDOWER |
| PA0001931679 | SONS OF ANARCHY: 702, TOIL AND TILL |
| PA0001931684 | SONS OF ANARCHY, PLAYING WITH MONSTERS |
| PA0001931690 | SONS OF ANARCHY: 704, POOR LITTLE LAMBS |
| PA0001931697 | SONS OF ANARCHY: 705, SOME STRANGE ERUPTION |
| PA0001936722 | SONS OF ANARCHY: 706, SMOKE 'EM IF YOU GOT 'EM |
| PA0001934103 | SONS OF ANARCHY: 7WAB07, GREENSLEEVES |
| PA0001936737 | SONS OF ANARCHY: 708, THE SEPARATION OF CROWS |
| PA0001934160 | SONS OF ANARCHY: 709, WHAT A PIECE OF WORK IS MAN |
| PA0001934173 | SONS OF ANARCHY: 710, FAITH AND DESPONDENCY |
| PA0001939375 | SONS OF ANARCHY: 711, SUITS OF WOE |
| PA0001939303 | SONS OF ANARCHY: 7WAB12, RED ROSE |
| PA0001939386 | SONS OF ANARCHY: 713, PAPA'S GOODS |

**EXHIBIT "B"**

**WARNER BROS.' COPYRIGHT REGISTRATIONS**

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA0001621681 | THE CLOSER: 475273, Pilot |
| PA0001621680 | THE CLOSER: 2T6001, About Face |
| PA0001621678 | THE CLOSER: 2T6002, The Big Picture |
| PA0001621684 | THE CLOSER: 2T6003, Show Yourself |
| PA0001621683 | THE CLOSER: 2T6004, Flashpoint |
| PA0001621682 | THE CLOSER: 2T6005, Fantasy Date |
| PA0001621690 | THE CLOSER: 2T6006, You Are Here |
| PA0001621689 | THE CLOSER: 2T6007, Batter Up |
| PA0001621688 | THE CLOSER: 2T6008, Good Housekeeping |
| PA0001621687 | THE CLOSER: 2T6009, The Butler Did It |
| PA0001621686 | THE CLOSER: 2T6010, L.A. Woman |
| PA0001621710 | THE CLOSER: 2T6011, Fatal Retraction |
| PA0001621677 | THE CLOSER: 2T6012, Standards and Practices |
| PA0001621700 | THE CLOSER: 2T7651, Blue Blood |
| PA0001621706 | THE CLOSER: 2T7653, Mom Duty |
| PA0001621698 | THE CLOSER: 2T7652, Slippin' |
| PA0001621713 | THE CLOSER: 2T7654, Aftertaste |
| PA0001621721 | THE CLOSER: 2T7655, To Protect & to Serve |
| PA0001621692 | THE CLOSER: 2T7656, Out of Focus |
| PA0001621697 | THE CLOSER: 2T7657, Head Over Heels |
| PA0001621703 | THE CLOSER: 2T7658, Critical Missing |
| PA0001621712 | THE CLOSER: 2T7659, Heroic Measures |
| PA0001621716 | THE CLOSER: 2T7660, The Other Woman |
| PA0001621704 | THE CLOSER: 2T7661, Borderline |
| PA0001621709 | THE CLOSER: 2T7662, No Good Deed |
| PA0001621711 | THE CLOSER: 2T7663, Overkill |
| PA0001621720 | THE CLOSER: 2T7664, Serving the King: Part 1 |
| PA0001621718 | THE CLOSER: 2T7665, Serving the King: Part 2 |
| PA0001731485 | THE CLOSER: 3T6051, Homewrecker |
| PA0001733973 | THE CLOSER: 3T6052, Grave Doubts |
| PA0001735110 | THE CLOSER: Saving Face |

| | |
|---|---|
| PA0001735112 | THE CLOSER: Ruby |
| PA0001735113 | THE CLOSER: The Round File |
| PA0001735124 | THE CLOSER: Dumb Luck |
| PA0001735126 | THE CLOSER: Four to Eight |
| PA0001733974 | THE CLOSER: 3T6058, Manhunt |
| PA0001735127 | THE CLOSER: Blindsided |
| PA0001733975 | THE CLOSER: 3T6060, Culture Shock |
| PA0001735128 | THE CLOSER: Lover's Leap |
| PA0001733976 | THE CLOSER: 3T6062, Til Death Do Us Part One |
| PA0001733979 | THE CLOSER: 3T6063, Til Death Do Us Part Two |
| PA0001735129 | THE CLOSER: Next of Kin Part One |
| PA0001733980 | THE CLOSER: 3T6065, Next of Kin Part Two |
| PA0001686939 | THE CLOSER: 3T7001, Controlled Burn |
| PA0001686931 | THE CLOSER: 3T7002, Speed Bump |
| PA0001686934 | THE CLOSER: 3T7004, Cherry Bomb |
| PA0001686987 | THE CLOSER: 3T7003, Live Wire |
| PA0001686979 | THE CLOSER: 3T7005, Dial 'M' for Provenza |
| PA0001611522 | THE CLOSER: 406, Problem Child |
| PA0001686981 | THE CLOSER: 3T7007, Sudden Death |
| PA0001686986 | THE CLOSER: 3T7008, Split Ends |
| PA0001689098 | THE CLOSER: 3T7009, Tijuana Brass |
| PA0001686941 | THE CLOSER: 3T7010, Time Bomb |
| PA0001686985 | THE CLOSER: 3T7011, Good Faith |
| PA0001686984 | THE CLOSER: 3T7012, Junk in the Trunk |
| PA0001686982 | THE CLOSER: 3T7013, Power of Attorney |
| PA0001686978 | THE CLOSER: 3T7014, Fate Line |
| PA0001686943 | THE CLOSER: 3T7015, Double Blind |
| PA0001856466 | THE CLOSER, Products of Discovery |
| PA0001856464 | THE CLOSER, Blood Money |
| PA0001856467 | THE CLOSER, Red Tape |
| PA0001856470 | THE CLOSER, Walking the Black Cat |
| PA0001856471 | THE CLOSER, Half Load |
| PA0001856469 | THE CLOSER, Tapped Out |
| PA0001856472 | THE CLOSER, Strike Three |
| PA0001856473 | THE CLOSER, Elysian Fields |

| | |
|---|---|
| PA0001856474 | THE CLOSER, Identity Theft |
| PA0001856476 | THE CLOSER, Smells Like Murder |
| PA0001856477 | THE CLOSER, Maternal Instincts |
| PA0001856479 | THE CLOSER, Waivers of Extradition |
| PA0001856480 | THE CLOSER, The Life |
| PA0001856482 | THE CLOSER, The Make Over |
| PA0001856483 | THE CLOSER, Dead Man's Hand |
| PA0001838575 | THE CLOSER: 601, The Big Bang |
| PA0001838539 | THE CLOSER: 602, Help Wanted |
| PA0001838678 | THE CLOSER, In Custody |
| PA0001838576 | THE CLOSER, Layover |
| PA0001838547 | THE CLOSER, Heart Attack |
| PA0001838653 | THE CLOSER, Off the Hook |
| PA0001838655 | THE CLOSER, Jump the Gun |
| PA0001838664 | THE CLOSER, Warzone |
| PA0001838583 | THE CLOSER, Last Woman Standing |
| PA0001838590 | THE CLOSER, Executive Order |
| PA0001838592 | THE CLOSER, Old Money |
| PA0001838641 | THE CLOSER, High Crimes |
| PA0001838675 | THE CLOSER, Living Proof: Part 1 |
| PA0001838586 | THE CLOSER, Living Proof: Part 2 |
| PA0001838688 | THE CLOSER, An Ugly Game |
| PA0001805616 | THE CLOSER: Unknown Trouble |
| PA0001830012 | THE CLOSER: 3X6552, Repeat Offender |
| PA0001830014 | THE CLOSER: 3X6553, To Serve with Love |
| PA0001830262 | THE CLOSER: 3X6554, Under Control |
| PA0001830011 | THE CLOSER: 3X6555, Forgive Us Our Trespasses |
| PA0001829979 | THE CLOSER: 3X6556, Home Improvement |
| PA0001830017 | THE CLOSER: 3X6557, Family Affair |
| PA0001829972 | THE CLOSER: 3X6558, Death Warrant |
| PA0001829994 | THE CLOSER: 3X6559, Star Turn |
| PA0001830261 | THE CLOSER: 3X6560, Fresh Pursuit |
| PA0001830008 | THE CLOSER: 3X6561, Necessary Evil |
| PA0001829985 | THE CLOSER: 3X6562, You Have the Right to Remain Jolly |
| PA0001829964 | THE CLOSER: 3X6563, Relative Matters |

| PA0001829977 | THE CLOSER: 3X6564, Road Block |
|---|---|
| PA0001833797 | THE CLOSER: 3X6565, Silent Partner |
| PA0001829967 | THE CLOSER: 3X6566, Hostile Witness |
| PA0001829981 | THE CLOSER: 3X6567, Fool’s Gold |
| PA0001829966 | THE CLOSER: 3X6568, Drug Fiend |
| PA0001829968 | THE CLOSER: 3X6569, Last Rites |
| PA0001830005 | THE CLOSER: 3X6570, Armed Response |
| PA0001805629 | THE CLOSER, The Last Word |