JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc.<br><br>              Plaintiffs,<br>  v.<br>Keith Graber, Allan Knepp a/k/a William A. Knepp and Does 1 – 10, inclusive,<br><br>              Defendants. | Case No.: CV 17-1147-DMG (FFMx)<br><br>CONSENT DECREE AND PERMANENT INJUNCTION [27] |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc. (collectively "Plaintiffs") and Defendants Keith Graber and Allan Knepp a/k/a William A. Knepp (collectively "Defendants") in this action, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

Based on the Parties' Stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiffs own or control the pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs incorporating copyrights to motion pictures and television episodes owned or controlled by Plaintiffs, including, but not limited to, those which are the subject of the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiffs' Works").

3) Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging,

inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized media products containing any of Plaintiffs' Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized versions of Plaintiffs' Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should either of the Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: August 15, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**COPYRIGHT REGISTRATIONS**

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA0001396450 | SONS OF ANARCHY, PILOT |
| PA0001396578 | SONS OF ANARCHY: 101, SEEDS |
| PA0001396591 | SONS OF ANARCHY: 102, FUN TOWN |
| PA0001396574 | SONS OF ANARCHY: 103, PATCH OVER |
| PA0001396593 | SONS OF ANARCHY: 104, GIVING BACK |
| PA0001396595 | SONS OF ANARCHY: 105, AK-51 |
| PA0001396573 | SONS OF ANARCHY: 106, OLD BONES |
| PA0001396576 | SONS OF ANARCHY: 107, THE PULL |
| PA0001396585 | SONS OF ANARCHY: 109, BETTER HALF |
| PA0001396586 | SONS OF ANARCHY: 110, CAPYBARA |
| PA0001396580 | SONS OF ANARCHY: 111, THE SLEEP OF BABIES |
| PA0001396577 | SONS OF ANARCHY: 112, REVELATOR |
| PA0001783946 | SONS OF ANARCHY, HELL FOLLOWED. |
| PA0001396583 | SONS OF ANARCHY: 201, ALBIFICATION |
| PA0001396581 | SONS OF ANARCHY: 202, SMALL TEARS |
| PA0001396590 | SONS OF ANARCHY: 203, FIX |
| PA0001396588 | SONS OF ANARCHY: 204, EUREKA |
| PA0001396582 | SONS OF ANARCHY: 205, SMITE |
| PA0001396589 | SONS OF ANARCHY: 206, FALX CEREBRI |
| PA0001396592 | SONS OF ANARCHY: 207, GILEAD |

|   |              |                                                    |
|---|--------------|----------------------------------------------------|
| 1 | PA0001396575 | SONS OF ANARCHY: 208, POTLATCH                     |
| 2 | PA0001785551 | SONS OF ANARCHY: 209, FA GUAN                      |
| 3 | PA0001396584 | SONS OF ANARCHY: 210, BALM                         |
| 4 | PA0001396579 | SONS OF ANARCHY: 211, SERVICE                      |
| 5 | PA0001396587 | SONS OF ANARCHY: 212, THE CULLING.                 |
| 6 | PA0001669023 | SONS OF ANARCHY: 213, NA TRIOBLOIDI                |
| 7 | PA0001754654 | SONS OF ANARCHY: SEASON 3. DVD                     |
| 8 | PA0001708068 | SONS OF ANARCHY: World Premiere                    |
| 9 | PA0001697795 | SONS OF ANARCHY: 301, SO                           |
| 10 | PA0001697802 | SONS OF ANARCHY: 302, OILED                       |
| 11 | PA0001703102 | SONS OF ANARCHY: 303, CAREGIVER                   |
| 12 | PA0001703101 | SONS OF ANARCHY: 304, HOME                        |
| 13 | PA0001704146 | SONS OF ANARCHY: 305, TURNING AND TURNING         |
| 14 | PA0001704147 | SONS OF ANARCHY: 306, THE PUSH.                   |
| 15 | PA0001708082 | SONS OF ANARCHY: 307, WIDENING GYRE               |
| 16 | PA0001708083 | SONS OF ANARCHY: 308, LOCHAN MOR                  |
| 17 | PA0001709269 | SONS OF ANARCHY: 309, TURAS                       |
| 18 | PA0001709268 | SONS OF ANARCHY: 310, FIRINNE                     |
| 19 | PA0001712526 | SONS OF ANARCHY: 311, BAINNE                      |
| 20 | PA0001712531 | SONS OF ANARCHY: 312, JUNE WEDDING                |
| 21 | PA0001712533 | SONS OF ANARCHY: 313, NS                          |
| 22 | PA0001808792 | SONS OF ANARCHY: SEASON FOUR DVD                  |
| 23 | PA0001751686 | SONS OF ANARCHY: OUT                              |
| 24 | PA0001754676 | SONS OF ANARCHY: BOOSTER                          |
| 25 | PA0001754675 | SONS OF ANARCHY: DORYLUS                          |
| 26 | PA0001754665 | SONS OF ANARCHY: UNA VENTA                        |
| 27 | PA0001765510 | SONS OF ANARCHY: BRICK                            |
| 28 | PA0001765512 | SONS OF ANARCHY: WITH AN X                        |
|   | PA0001765494 | SONS OF ANARCHY: FRUIT FOR THE CROWS              |
|   | PA0001765093 | SONS OF ANARCHY: FAMILY RECIPE                    |
|   | PA0001769631 | SONS OF ANARCHY: 409, KISS                        |
|   | PA0001769635 | SONS OF ANARCHY: 410, HANDS                       |
|   | PA0001769629 | SONS OF ANARCHY: 411, CALL OF DUTY                |
|   | PA0001769628 | SONS OF ANARCHY: 412, BURNT AND PURGED AWAY       |
|   | PA0001769638 | SONS OF ANARCHY: 413, TO BE, ACT 1                |
|   | PA0001769626 | SONS OF ANARCHY: 414, TO BE, ACT 2                |
|   | PA0001865736 | SONS OF ANARCHY: SEASON FIVE.                     |
|   | PA0001808762 | SONS OF ANARCHY: SOVEREIGN                        |

| | |
|---|---|
| PA0001812831 | SONS OF ANARCHY: 502, AUTHORITY VESTED |
| PA0001814936 | SONS OF ANARCHY: LAYING PIPE |
| PA0001815806 | SONS OF ANARCHY: 504, STOLEN HUFFY |
| PA0001815805 | SONS OF ANARCHY Series: 505, ORCA SHRUGGED |
| PA0001823941 | SONS OF ANARCHY: 506, SMALL WORLD |
| PA0001823937 | SONS OF ANARCHY: 507, TOAD'S WILD RIDE |
| PA0001829572 | SONS OF ANARCHY: 508, ABLATION |
| PA0001829546 | SONS OF ANARCHY: 509, ANDARE PESCARE |
| PA0001829535 | SONS OF ANARCHY, CRUCIFIXED |
| PA0001829527 | SONS OF ANARCHY: TO THINE OWN SELF |
| PA0001829534 | SONS OF ANARCHY: 512, DARTHY |
| PA0001829522 | SONS OF ANARCHY, J'AI OBTENU CETTE. |
| PA0001932767 | SONS OF ANARCHY: SEASON 6 (Home Video) |
| PA0001875173 | SONS OF ANARCHY: 601, STRAW |
| PA0001875174 | SONS OF ANARCHY: 602, ONE ONE SIX |
| PA0001879926 | SONS OF ANARCHY: 603, POENITENTIA |
| PA0001879995 | SONS OF ANARCHY: 604, WOLFSANGEL |
| PA0001880052 | SONS OF ANARCHY: 605, THE MAD KING |
| PA0001880180 | SONS OF ANARCHY: 606, SALVAGE |
| PA0001890979 | SONS OF ANARCHY: 607, SWEET AND VADED |
| PA0001887250 | SONS OF ANARCHY: 608, LOS FANTASMAS |
| PA0001890985 | SONS OF ANARCHY: 609, JOHN 8:32 |
| PA0001890987 | SONS OF ANARCHY: 610, HUANG WU |
| PA0001890982 | SONS OF ANARCHY: 611, AON RUD PEARSANTA |
| PA0001895959 | SONS OF ANARCHY: 612, YOU ARE MY SUNSHINE |
| PA0001895929 | SONS OF ANARCHY: 613, A MOTHER'S WORK |
| PA0001926440 | SONS OF ANARCHY: 701, BLACK WIDOWER |
| PA0001931679 | SONS OF ANARCHY: 702, TOIL AND TILL |
| PA0001931684 | SONS OF ANARCHY, PLAYING WITH MONSTERS |
| PA0001931690 | SONS OF ANARCHY: 704, POOR LITTLE LAMBS |
| PA0001931697 | SONS OF ANARCHY: 705, SOME STRANGE ERUPTION |
| PA0001936722 | SONS OF ANARCHY: 706, SMOKE 'EM IF YOU GOT 'EM |
| PA0001934103 | SONS OF ANARCHY: 7WAB07, GREENSLEEVES |
| PA0001936737 | SONS OF ANARCHY: 708, THE SEPARATION OF CROWS |
| PA0001934160 | SONS OF ANARCHY: 709, WHAT A PIECE OF WORK IS MAN |

| | |
|---|---|
| PA0001934173 | SONS OF ANARCHY: 710, FAITH AND DESPONDENCY |
| PA0001939375 | SONS OF ANARCHY: 711, SUITS OF WOE |
| PA0001939303 | SONS OF ANARCHY: 7WAB12, RED ROSE |
| PA0001939386 | SONS OF ANARCHY: 713, PAPA'S GOODS |
| PA0001621681 | THE CLOSER: 475273, Pilot |
| PA0001621680 | THE CLOSER: 2T6001, About Face |
| PA0001621678 | THE CLOSER: 2T6002, The Big Picture |
| PA0001621684 | THE CLOSER: 2T6003, Show Yourself |
| PA0001621683 | THE CLOSER: 2T6004, Flashpoint |
| PA0001621682 | THE CLOSER: 2T6005, Fantasy Date |
| PA0001621690 | THE CLOSER: 2T6006, You Are Here |
| PA0001621689 | THE CLOSER: 2T6007, Batter Up |
| PA0001621688 | THE CLOSER: 2T6008, Good Housekeeping |
| PA0001621687 | THE CLOSER: 2T6009, The Butler Did It |
| PA0001621686 | THE CLOSER: 2T6010, L.A. Woman |
| PA0001621710 | THE CLOSER: 2T6011, Fatal Retraction |
| PA0001621677 | THE CLOSER: 2T6012, Standards and Practices |
| PA0001621700 | THE CLOSER: 2T7651, Blue Blood |
| PA0001621706 | THE CLOSER: 2T7653, Mom Duty |
| PA0001621698 | THE CLOSER: 2T7652, Slippin' |
| PA0001621713 | THE CLOSER: 2T7654, Aftertaste |
| PA0001621721 | THE CLOSER: 2T7655, To Protect & to Serve |
| PA0001621692 | THE CLOSER: 2T7656, Out of Focus |
| PA0001621697 | THE CLOSER: 2T7657, Head Over Heels |
| PA0001621703 | THE CLOSER: 2T7658, Critical Missing |
| PA0001621712 | THE CLOSER: 2T7659, Heroic Measures |
| PA0001621716 | THE CLOSER: 2T7660, The Other Woman |
| PA0001621704 | THE CLOSER: 2T7661, Borderline |
| PA0001621709 | THE CLOSER: 2T7662, No Good Deed |
| PA0001621711 | THE CLOSER: 2T7663, Overkill |
| PA0001621720 | THE CLOSER: 2T7664, Serving the King: Part 1 |
| PA0001621718 | THE CLOSER: 2T7665, Serving the King: Part 2 |
| PA0001731485 | THE CLOSER: 3T6051, Homewrecker |
| PA0001733973 | THE CLOSER: 3T6052, Grave Doubts |
| PA0001735110 | THE CLOSER: Saving Face |

| | |
|---|---|
| PA0001735112 | THE CLOSER: Ruby |
| PA0001735113 | THE CLOSER: The Round File |
| PA0001735124 | THE CLOSER: Dumb Luck |
| PA0001735126 | THE CLOSER: Four to Eight |
| PA0001733974 | THE CLOSER: 3T6058, Manhunt |
| PA0001735127 | THE CLOSER: Blindsided |
| PA0001733975 | THE CLOSER: 3T6060, Culture Shock |
| PA0001735128 | THE CLOSER: Lover's Leap |
| PA0001733976 | THE CLOSER: 3T6062, Til Death Do Us Part One |
| PA0001733979 | THE CLOSER: 3T6063, Til Death Do Us Part Two |
| PA0001735129 | THE CLOSER: Next of Kin Part One |
| PA0001733980 | THE CLOSER: 3T6065, Next of Kin Part Two |
| PA0001686939 | THE CLOSER: 3T7001, Controlled Burn |
| PA0001686931 | THE CLOSER: 3T7002, Speed Bump |
| PA0001686934 | THE CLOSER: 3T7004, Cherry Bomb |
| PA0001686987 | THE CLOSER: 3T7003, Live Wire |
| PA0001686979 | THE CLOSER: 3T7005, Dial 'M' for Provenza |
| PA0001611522 | THE CLOSER: 406, Problem Child |
| PA0001686981 | THE CLOSER: 3T7007, Sudden Death |
| PA0001686986 | THE CLOSER: 3T7008, Split Ends |
| PA0001689098 | THE CLOSER: 3T7009, Tijuana Brass |
| PA0001686941 | THE CLOSER: 3T7010, Time Bomb |
| PA0001686985 | THE CLOSER: 3T7011, Good Faith |
| PA0001686984 | THE CLOSER: 3T7012, Junk in the Trunk |
| PA0001686982 | THE CLOSER: 3T7013, Power of Attorney |
| PA0001686978 | THE CLOSER: 3T7014, Fate Line |
| PA0001686943 | THE CLOSER: 3T7015, Double Blind |
| PA0001856466 | THE CLOSER, Products of Discovery |
| PA0001856464 | THE CLOSER, Blood Money |
| PA0001856467 | THE CLOSER, Red Tape |
| PA0001856470 | THE CLOSER, Walking the Black Cat |
| PA0001856471 | THE CLOSER, Half Load |
| PA0001856469 | THE CLOSER, Tapped Out |
| PA0001856472 | THE CLOSER, Strike Three |
| PA0001856473 | THE CLOSER, Elysian Fields |
| PA0001856474 | THE CLOSER, Identity Theft |

| | | |
|---|---|---|
| 1 | PA0001856476 | THE CLOSER, Smells Like Murder |
| 2 | PA0001856477 | THE CLOSER, Maternal Instincts |
| 3 | PA0001856479 | THE CLOSER, Waivers of Extradition |
| 4 | PA0001856480 | THE CLOSER, The Life |
| 5 | PA0001856482 | THE CLOSER, The Make Over |
| 6 | PA0001856483 | THE CLOSER, Dead Man's Hand |
| 7 | PA0001838575 | THE CLOSER: 601, The Big Bang |
| 8 | PA0001838539 | THE CLOSER: 602, Help Wanted |
| 9 | PA0001838678 | THE CLOSER, In Custody |
| 10 | PA0001838576 | THE CLOSER, Layover |
| 11 | PA0001838547 | THE CLOSER, Heart Attack |
| 12 | PA0001838653 | THE CLOSER, Off the Hook |
| 13 | PA0001838655 | THE CLOSER, Jump the Gun |
| 14 | PA0001838664 | THE CLOSER, Warzone |
| 15 | PA0001838583 | THE CLOSER, Last Woman Standing |
| 16 | PA0001838590 | THE CLOSER, Executive Order |
| 17 | PA0001838592 | THE CLOSER, Old Money |
| 18 | PA0001838641 | THE CLOSER, High Crimes |
| 19 | PA0001838675 | THE CLOSER, Living Proof: Part 1 |
| 20 | PA0001838586 | THE CLOSER, Living Proof: Part 2 |
| 21 | PA0001838688 | THE CLOSER, An Ugly Game |
| 22 | PA0001805616 | THE CLOSER: Unknown Trouble |
| 23 | PA0001830012 | THE CLOSER: 3X6552, Repeat Offender |
| 24 | PA0001830014 | THE CLOSER: 3X6553, To Serve with Love |
| 25 | PA0001830262 | THE CLOSER: 3X6554, Under Control |
| 26 | PA0001830011 | THE CLOSER: 3X6555, Forgive Us Our Trespasses |
| 27 | PA0001829979 | THE CLOSER: 3X6556, Home Improvement |
| 28 | PA0001830017 | THE CLOSER: 3X6557, Family Affair |
| | PA0001829972 | THE CLOSER: 3X6558, Death Warrant |
| | PA0001829994 | THE CLOSER: 3X6559, Star Turn |
| | PA0001830261 | THE CLOSER: 3X6560, Fresh Pursuit |
| | PA0001830008 | THE CLOSER: 3X6561, Necessary Evil |
| | PA0001829985 | THE CLOSER: 3X6562, You Have the Right to Remain Jolly |
| | PA0001829964 | THE CLOSER: 3X6563, Relative Matters |
| | PA0001829977 | THE CLOSER: 3X6564, Road Block |

| | |
|---|---|
| PA0001833797 | THE CLOSER: 3X6565, Silent Partner |
| PA0001829967 | THE CLOSER: 3X6566, Hostile Witness |
| PA0001829981 | THE CLOSER: 3X6567, Fool's Gold |
| PA0001829966 | THE CLOSER: 3X6568, Drug Fiend |
| PA0001829968 | THE CLOSER: 3X6569, Last Rites |
| PA0001830005 | THE CLOSER: 3X6570, Armed Response |
| PA0001805629 | THE CLOSER, The Last Word |